IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
*****************************************
* In Re:                                 *
*                                        * CASE NO. 09-09634(SEK)
*      VICTOR ROFFE ATTIAS               *
*      CAROLINE JULIE PIKET HOFFMAN      * CHAPTER  13
* Debtor(s)                              *
*****************************************
```

## NOTICE OF APPEARANCE

Comes now Banco Popular de Puerto Rico through its undersigned attorney and respectfully states and prays:

1. Banco Popular de Puerto Rico is a creditor and/or party in interest in the instant proceeding and wishes to be included in the Master Address List.

WHEREFORE, BPPR respectfully requests to be included in the Master Address List, and that it be sent all notices and documents filed in the instant case to the attention of the undersigned.

**I CERTIFY:** That the preceding document has been electronically filed with the Clerk of the Court, using the CM/ECF System. Notice has been sent electronically to debtors' attorney, José L. Jiménez Quiñones, Esq., jlgimenez11@gmail.com; José Ramón Carrión Morales, Trustee, ecfmail@ch13-pr.com; UST Office, ustpregion21.hr.ecf@usdoj.gov; and by mail to the debtors, Víctor Roffe Attias and Caroline Julie Piket Hoffman, 200 Blvd de la Fuente 44, San Juan, PR 00926 and to all ECF registered users.

In San Juan, Puerto Rico, this 16th day of December, 2009.

/S/ MIGDALIA EFFIE GUASP, ESQ.
USDC-PR #205203
Banco Popular PR-Special Loans
PO Box 362708
San Juan, P. R. 00936-2708
Tel. 787-764-3983
Fax 787-281-4140
megbky@bppr.com