**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. **09-09634-13**

**ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **2/01/2010** ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$_____ x_____ = $_____
$_____ x_____ = $_____
$_____ x_____ = $_____
$_____ x_____ = $_____

TOTAL: $ **18,000.00**

Additional Payments:
$ **7,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**LUMP PAYMENT TO COME FROM THE REFINANCING OF DEBTORS' RESIDENTIAL PROPERTY**

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $_____

PROPOSED BASE: $ **25,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: **/s/ VICTOR ROFFE ATTIAS**
        Debtor

**/s/ CAROLINE JULIE PIKET HOFFMAN**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **POPULAR AUTO**  Cr. _____  Cr. _____
# **Lease Arrears Honda**  # _____  # _____
$ **1,500.00**  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

---

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**  Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE **ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE**     Case No. **09-09634-13**

Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **POPULAR LEASING** | | |
| | **POPULAR LEASING** | | |
| **Executory Contracts - Rejected:** | **POPULAR LEASING** | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 2 of 2**

**1. DEBTORS TO ASSUME THE FOLLOWING:**

  **A. UNEXPIRED LEASE WITH POPUILAR AUTO OF THE 2004 HONDA ODYSSEY IS HEREBY ASSUMED BY DEBTOR, WHO IS GUARANTOR IN POSSESSION OF THE LEASED VEHICLE.**

**2. PRE-PETITION AND POST-PETITION ARREARS OF ASSUMED LEASED VEHICLE --UP TO DECEMBER 2009-- WILL BE PAID THROUGH THE PLAN.**

**3. REGULAR DIRECT PAYMENT BY DEBTOR TO POPULAR AUTO FOR THE VEHICLE WITH ASSUMED LEASES WILL RESUME IN JANUARY 2010.**

**4. DEBTOR REJECTS THE FOLOWING LEASES:**

  **A. THE 2004 HONDA PILOT UNEXPIRED LEASE WITH POPUAL AUTO, WHERE HE WAS GUARANTOR.**

  **B. UNEXPIRED LEASE WITH POPULAR AUTO OF THE 2005 TOYOTA ECHO, WHERE HE WAS GUARANTOR.**

**5. ANY INCOME TAX REFUNDS TO BE RECEIVED DURING THE LIFE OF THE PLAN WILL BE DEVOTED TO THE PLAN IN ADDITION TO THE BASE TOTAL, INCREASING THE BASE ACCORDINGLY, WITHOUT THE NEED TO FURTHER AMEND THE PLAN. DEBTORS SHALL NOT USE THOSEE REFUNDS WITHOUT PREVIOUS AUTHORIZATION OF THE COURT.**

**6. NO OUTSTANDING RULE 2016 ATTORNEY'S FEES.**

-------------------------------

**TWENTY-EIGHT (28) DAYS NOTICE TO PARTIES IN INTEREST:**

    **WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THE FOREGOING PLAN WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (II) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (III) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. FED. R. BANKR. P. 2002 (B) AND LBR 9013-1.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only