# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: VICTOR ROFFE ATTIAS
CAROLINE JULIE PIKET HOFFMAN

Bkrtcy. No. 09-09634-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Nov 10, 2009
Meeting Date: Mar 05, 2010
DC Track No. 20

Days from petition date: 115
Meeting Time: 1:00 PM

910 Days before Petition: 5/15/2007
☐ Chapter 13 Plan Date: Feb 01, 2010 Dkt.# 27  ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $25,000.00

This is the 2nd Scheduled Meeting
Confirmation Hearing Date: Jun 01, 2010   Time: 8:30 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. _____ Date _____ Amount _____
Total Paid In: $600.00

### I. Appearances:
☐ Telephone ☐ Video Conference
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☒ Joint Debtor Present  ☒ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present  ☐ Not Present
☐ Substitute attorney: _____  ☐ Pro-se.

☒ Creditor(s) present:  ☐ None.
BPPR - Herrera

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE L JIMENEZ QUINONES*
Total Agreed: $3,000.00  Paid Pre-Petition: $3,000.00  Outstanding: $0.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.  Liquidation Value: $245,246
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: $0
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 5 DAYS
§341 Meeting Rescheduled for pending filing of 2008 PR return transcript.

### V. Trustee's OBJECTIONS to Confirmation:
☒ FEASIBILITY [§1325(a)(6)]  ☒ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☒ Fails Creditor's Best Interest Test §1325(A)(4)
☒ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
(1) Debtors must upload 6-month prepetition stubs in 5 days or case will be dismissed. (2) Debtor stopped receiving salaries in Nov. 2009 from his family corporation, must amend Schedules "I" and "J" if salaries will be different.

/s/ José R. Carrión
Trustee

_____ Presiding Officer

Page 1 of 2

Date: Mar 05, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

(3) Trustee objects to Schedule "A" property's declared value. Appraisal Report of August 2009, reflects a value of $450,000. Must amend Schedule "A".

(4) Debtor to submit Appraisal Report seen at 341 meeting.

(5) Debtor must object to unsecured claims that do not entail personal liability of debtors.

(6) Trustee to analyze if Debtor's case exceeds section 109's jurisdictional claims cap.

(7) Plan must include provision for future tax refunds to fund plan base.

Trustee / Presiding Officer    Page 2 of 2    Date: 3/5/2010