# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 09-09634 |
| VICTOR ROFFE ATTIAS<br>CAROLINE JULIE PIKET HOFFMAN<br>DEBTOR(S) | CHAPTER 13 |

## INFORMATIVE MOTION
## (AMENDED SCHEDULE A, I, J & BUSINESS INCOME AND EXPENSES.)

**TO THE HONORABLE COURT:**

Come now(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the separate filing of an Amended Schedules A, I, J & Business Income and Expenses, pursuant to Rule 1009:

    a. Amended Schedule A: *__to reflect value of property as per appraisal.__*

    b. Amended Schedule I and J: *__to update budget according to actual and projected income and expenses.__*

    c. Amended Schedule A: *__to reflect value of property as per appraisal.__*

    d. Amended Business Income and Expenses: *__to supplement Schedule J (Item 16).__*

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended schedules and Business Income and Expenses.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: Chapter 13 Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 21, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

IN RE ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE          Case No. 09-09634-13
                              Debtor(s)                                                (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| RESIDENTIAL PROPERTY LOCATED AT 200 BLVD DE LA FUENTE, APT 44, LOS PASEOS, SAN JUAN PR 00926. CONSISTING OF A CONCRETE THREE LEVEL APARTMENT (TOWNHOUSE STYLE), 245.91 SQ./MT TOTAL AREA, WITH 3 BEDROMMS, 2.5 BATHROOMS, KITHCEN, DINING ROOM, LIVING ROOM, LAUNDRY, BALCONY, WOOD DECK AND COVERED CARPORT. | Fee Simple | J | 450,000.00 | 124,561.97 |
| TOTAL | | | 450,000.00 | |

(Report also on Summary of Schedules)

B6I (Official Form 6I) (12/07)

IN RE ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE        Case No. 09-09634-13
                                    Debtor(s)                              (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Son, Daughter | AGE(S): 11, 12 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | JEWISH COMMUNITY CENTER SHAARE ZEDECK SY |
| How long employed | | |
| Address of Employer | | 903 PONCE DE LEON AVE, SAN JUAN, PR 00907 |

INCOME: (Estimate of average or projected monthly income at time case filed)        DEBTOR        SPOUSE

1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ _____    $ 345.16
2. Estimated monthly overtime                                                            $ _____    $ _____
3. SUBTOTAL                                                                              $ 0.00     $ 345.16
4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                  $ _____    $ 34.52
   b. Insurance                                                                          $ _____    $ _____
   c. Union dues                                                                         $ _____    $ _____
   d. Other (specify) _____                                                    $ _____    $ _____
                                                                                         $ _____    $ _____
5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                        $ 0.00     $ 34.52
6. TOTAL NET MONTHLY TAKE HOME PAY                                                       $ 0.00     $ 310.64

7. Regular income from operation of business or profession or farm (attach detailed statement) $ 4,000.00 $ _____
8. Income from real property                                                             $ _____    $ _____
9. Interest and dividends                                                                $ _____    $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or
    that of dependents listed above                                                      $ _____    $ _____
11. Social Security or other government assistance
    (Specify) _____                                                            $ _____    $ _____
                                                                                         $ _____    $ _____
12. Pension or retirement income                                                         $ _____    $ _____
13. Other monthly income
    (Specify) **PARENTS HELP**                                                           $ 1,200.00  $ 1,200.00
                                                                                         $ _____    $ _____
                                                                                         $ _____    $ _____

14. SUBTOTAL OF LINES 7 THROUGH 13                                                       $ 5,200.00  $ 1,200.00
15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)                         $ 5,200.00  $ 1,510.64

16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15;
    if there is only one debtor repeat total reported on line 15)                        $ 6,710.64

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**AN INCREASE IN INCOME IS EXPECTED TO BE PRODUCED BY THE JOINT PETITIONING SPOUSE, DERIVED FROM THE PRACTICE OF CULINARY ARTS. SHE IS ACTIVELY SEEKING TO DELEVOP HER CAREER HAVING COMPLETED FORMAL EDUCATION IN THIS FIELD.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE        Case No. 09-09634-13
                        Debtor(s)                                              (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 964.28 |
|    a. Are real estate taxes included? Yes ✓ No ___ | |
|    b. Is property insurance included? Yes ✓ No ___ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 300.00 |
|    b. Water and sewer | $ 50.00 |
|    c. Telephone | $ |
|    d. Other  CELULAR | $ 50.00 |
|              CABLE TV, PHONE AND INTERNET | $ 116.00 |
| 3. Home maintenance (repairs and upkeep) | $ 25.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ |
| 7. Medical and dental expenses | $ 40.00 |
| 8. Transportation (not including car payments) | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ 240.00 |
|    d. Auto | $ |
|    e. Other | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) See Schedule Attached | $ 510.34 |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 320.00 |
|    b. Other  CAR CARE & MAINTENANCE | $ 40.00 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 2,869.02 |
| 17. Other  CHILDREN'S SNACKS AT SCHOOL | $ 100.00 |
|         HAIR CUTS | $ 36.00 |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | **$ 6,410.64** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
THE PRESENT SCHOOL YEAR HAS ALREADY BEEN PAID FOR. AT SAINT JOHN'S SCHOOL THE EXPENSE IS APPROXIMATELY $2,000 PER MONTH FOR THE TWO CHILDREN. THIS EXPENSE WILL BE PAID FOR BY THE CHILDREN'S GRANDPARENTS.

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 6,710.64 |
|    b. Average monthly expenses from Line 18 above | $ 6,410.64 |
|    c. Monthly net income (a. minus b.) | $ 300.00 |

IN RE ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE        Case No. 09-09634-13
                                    Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Taxes (DEBTOR) | 54.34 |
| **PROPERTY TAX PRORRATED** | 16.00 |
| **CAR LICENCE TAG** | 140.00 |
| **INCOME TAX** | 300.00 |
| **SOCIAL SECURITY** | |

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                            Case No. 09-09634-13

ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE      Chapter **13**
                                       Debtor(s)

## AMENDED BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:                              $ _____

**PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:**

2. Gross Monthly Income:                                                             $          4,000.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ _____ |
| 4. Payroll Taxes | $ _____ |
| 5. Unemployment Taxes | $ _____ |
| 6. Worker's Compensation | $ _____ |
| 7. Other Taxes | $ 369.02 |
| 8. Inventory Purchases (Including raw materials) | $ 2,000.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | $ _____ |
| 10. Rent (Other than debtor's principal residence) | $ _____ |
| 11. Utilities | $ 50.00 |
| 12. Office Expenses and Supplies | $ _____ |
| 13. Repairs and Maintenance | $ _____ |
| 14. Vehicle Expenses | $ 450.00 |
| 15. Travel and Entertainment | $ _____ |
| 16. Equipment Rental and Leases | $ _____ |
| 17. Legal/Accounting/Other Professional Fees | $ _____ |
| 18. Insurance | $ _____ |
| 19. Employee Benefits (e.g., pension, medical, etc.) | $ _____ |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | $ _____ |

21. Other (Specify):                                                                     $ _____

22. Total Monthly Expenses (Add items 3-21)                                   $       2,869.02

**PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME**

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)      $       1,130.98

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE        Case No. 09-09634-13
           Debtor(s)                                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May 21, 2010**         Signature: **/s/ VICTOR ROFFE ATTIAS**
                                          **VICTOR ROFFE ATTIAS**
                                                                                Debtor

Date: **May 21, 2010**         Signature: **/s/ CAROLINE JULIE PIKET HOFFMAN**
                                          **CAROLINE JULIE PIKET HOFFMAN**
                                                                  (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                   _____
                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

| | |
|---|---|
| ROFFE ATTIAS, VICTOR<br>200 BLVD DE LA FUENTE APT 44<br>SAN JUAN, PR 00926 | POPULAR AUTO<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 |
| PIKET HOFFMAN, CAROLINE JULIE<br>200 BLVD DE LA FUENTE 44<br>SAN JUAN, PR 00926 | POPULAR AUTO<br>P.O. BOX 366818<br>SAN JUAN, PR 00936-6818 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 AVE PONCE DE LEON STE 1118<br>SAN JUAN, PR 00918-2007 | POPULAR LEASING<br>PO BOX 363228<br>SAN JUAN, PR 00936-3228 |
| BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | USIC<br>UNITED SURETY AND INDEMNITY<br>CORPORATION<br>PO BOX 2111<br>SAN JUAN, PR 00922-2111 |
| BPPR<br>BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | WESTERN BANK<br>CALLE MCKINLEY Y MENDEZ VIGO<br>PO BOX 1180<br>MAYAGUEZ, PR 00681-0430 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | |
| FIDDLER GONZALEZ & RODRIGUEZ, PSC<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 | |
| GUAYNABO PR COMMERCIAL<br>PROPERTIES DEVELOPMENT CORP.<br>5630 BANKERS AVE<br>BATTON ROUGE, LA 70808 | |
| LCDA. MARIA DEL PILAR VAZQUEZ MUNIZ<br>PO BOX 1450<br>MAYAGUEZ, PR 00681 | |
| LCDO. VIRGILIO J. MACHADO AVILES<br>PMB 530, 138 WISNTON CHURCHILL<br>SAN JUAN, PR 00926-6023 | |