IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

VICTOR ROFFE ATTIAS

CASE NO. 09-09634-SEK13   SEK

CAROLINE PIKET HOFFMAN

Chapter: 13

Debtor(s)

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

MATTERS TO BE CONSIDERED:
*CONF* CONFIRMATION OF PLAN DATED 05/21/2010 (#41)   TRUSTEE'S MOTION TO INFORM CLOSE 341 MEETING AND MOTION REQUESTING DISMISSAL ( #38)   DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS (#39)

PARTIES PRESENT: ☐ Debtor  ☐ Debtor's Attorney  ☑ Chapter 13 Trustee  ☐ Creditors:

NOTES AND REMARKS: * (Order will be entered electronically)

☐ **Plan Confirmed** Dated: _____ *  ☐ As modified in open Court see additional comments.

☐ **Modified Plan** Dated : _____  ☐ Approved  ☐ Denied

☐ Opposition ☐ Motion To Dismiss ☐ Motion To Convert: withdrawn by: _____

☐ Confirmation of Plan is denied for reasons stated in open Court.

☐ Motion filed by _____ is ☐ Granted * ☐ Denied * ☐ Moot.

☐ Debtor's motion requesting voluntary dismissal is hereby granted. * ☐ Trustee is awarded $100.00 for costs.

☐ Case is dismissed for reasons stated in open Court. * ☐ Order to show cause is enforced and case is dismissed.*

☐ The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of _____ days.

☐ Motion for Reconsideration was granted. * Order Dismissing Case entered on _____ is vacated and set aside.

☐ Motion filed by _____ requesting conversion was granted.*

☐ The case was **converted** for reasons stated in open Court. *☐ _____ to pay conversion fees within _____ days.

☐ Debtor's ☐ Trustee's Objection to Claim No. _____ filed by _____ is: ☐ Granted ☐ Denied, **Claim is :*** ☐ Disallowed ☐ Allowed as _____.

☐ Debtor has _____ days to file objection to claim(s) number(s) _____ of creditor(s)

☐ Application for Compensation and/or Reimbursement of Expenses filed by _____ is ☐ Approved in the amount of _____ * ☐ Denied.*

☐ 341 Meeting was rescheduled for: _____ at _____

☑ Hearing rescheduled: ☐ Status conference set: ☐ Pretrial hearing for: 8/31/10 at 8:30am

☐ Clerk to give notice of hearing.* ☐ Clerk to follow up and return to chambers within _____ days for court to consider pending matters: _____

☑ Additional Comments: The Judge Could Not be present at the Hearing.

DATE: 6-1-2010                                                BY: MARIBEL MONTALVO