## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:
VICTOR ROFFE ATTIAS
CAROLINE JULIE PIKET HOFFMAN

Debtors

CASE NO. 09-09634-SEK

CHAPTER 13

### OBJECTION TO CLAIM NUMBER SEVEN (7) BY CREDITOR POPULAR LEASING OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING

TO THE HONORABLE COURT:

COME NOW the above captioned petitioners, through the undersigned counsel and very respectfully allege, state and pray as follows:

1. **POPULAR AUTO** (claimant) has filed Proof of Claim, number seven (7) in the amount of $2,151.69.

2. The debtors object to the allowance of the said claim on the basis that the Honda, Pilot, 2005, was surrendered to claimant and the prepetition arrears had been cured.

**WHEREFORE**, the debtors pray(s) of the Court as follows:

A. That the Court disallows claimant's proof of claim, or if a valid debt exist to reduce the same to the extent agreed by the parties, deducting all fees, cost, charges and items that were not agreed to by contract.

B. That the debtors have such other and further relief as the Court may deem just and proper.

## NOTICE OF OPPORTUNITY FOR HEARING

**PLEASE TAKE NOTICE** that unless claimant files a response to this objection and request for hearing in writing with the Clerk of the Court and with a copy to the undersigned within THIRTY (30) DAYS from the date of this objection, this objection may be sustained by the Court without further notice of hearing. If claimant concurs with the above objection, no action need be taken. However, if a timely objection is filed, the hearing on this action and claimant's opposition will be held on October 16, 2010 at 11:00 a.m.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with Clerk of the Court using CM/ECF System which sent a notification of such filing to: JOSE CARRION MORALES, ESQ., Chapter 13 Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to: VERONICA DURAN CASTILLO, ESQ., POPULAR AUTO, CONSUMER BANRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN, P.R. 00936-6818.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this date: September 07, 2010.

S/JOSE L. JIMENEZ QUIÑONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, PR 00918-2007
TEL: 787-282-9009
FAX: 787-731-5721
jimenezlawoffice@gmail.com

# INSTRUCCIONES DE NOTIFICACIÓN
# OBJECION A POPULAR AUTO

1. **MEDIENTE MENSAJERO O CORREO REGULAR A:**
    i. JOSE CARRION MORALES, ESQ

2. **MEDIENTE CORREO CERTIFICADO CON ACUSE DE RECIBO ($5)**

    i. VERONICA DURAN CASTILLO, ESQ., POPULAR AUTO, CONSUMER BANRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN, P.R. 00936-6818.

3. Recuerde poner en cada acuse de recibo, que será devuelto, el nombre de nuestro cliente.

4. Entrar en seguimiento (35) días. "Vence objeción de cliente POPULAR AUTO."