## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**VICTOR ROFFE ATTIAS**
**CAROLINE JULIE PIKET HOFFMAN**

*Debtors*

CASE NO. 09-09634-SEK

CHAPTER 13

## OBJECTION TO CLAIM NUMBER THIRTEEN (13) FILED BY CREDITOR WESTERNBANK, PUERTO RICO OF CLAIM AND NOTICE OF OPPORTUNITY FOR HEARING

TO THE HONORABLE COURT:

COME NOW the above captioned petitioners, through the undersigned counsel and very respectfully allege, state and pray as follows:

1. **WESTERNBANK, PUERTO RICO** (claimant) has filed Proof of Claim No. Thirteen (13), unsecured, in the amount of $209,427.92.

2. The debtors object to the allowance of the said claim on the basis that claimant attached a commercial real property owned by VIRR DEVELOPMENTS, S.E., the principal party to the commercial loan, as security for the debt.

3. Claimant is in the process of a public auction sale of the attached commercial realty. At present, it is uncertain if any deficiency will result from the public auction sale of said property. Therefore, the amount for which the herein petitioning husband may be ultimately liable has yet to be determined.

**WHEREFORE**, the debtors pray of the Court as follows:

A. That the Court disallows claimant's proof of claim number thirteen (13) as filed.

B. Otherwise, that claim No. 13 be subordinated to the payment received through the public auction sale of the security held by claimant.

C. That the debtors have such other and further relief as the Court may deem just and proper.

## NOTICE OF OPPORTUNITY FOR HEARING

**PLEASE TAKE NOTICE** that unless claimant files a response to this objection and request for hearing in writing with the Clerk of the Court and with a copy to the undersigned within THIRTY (30) DAYS from the date of this objection, this objection may be sustained by the Court without further notice or hearing. If claimant concurs with the above objection, no action need be taken. However, if a timely objection is filed, the hearing on this objection and claimant's opposition will be held on October 16, 2010 at 11:00 a.m.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: JOSE RAMON CARRION MORALES, ESQ., Chapter 13 Trutsee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to:

- WESTERNBANK PUERTO RICO, PO BOX 1180, MAYAGUEZ, PR 00681.
- WESTERNBANK PUERTO RICO, PO BOX 1450, MAYAGUEZ, PR 00681-1450

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this date: September 7, 2010.

S/JOSE L. JIMENEZ QUINONES
Jose L. Jimenez Quinones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 787-731-5721
jimenezlawoffice@gmail.com
jljimenez11@gmail.com

## INSTRUCCIONES DE NOTIFICACIÓN
## OBJECION A WESTERNBANK

1. **MEDIENTE MENSAJERO O CORREO REGULAR A:**
   i. JOSE RAMON CARRION MORALES, ESQ

2. **MEDIANTE CORREO CERTIFICADO CON ACUSE DE RECIBO ($5)**

   i. WESTERNBANK PUERTO RICO, PO BOX 1180, MAYAGUEZ, PR 00681.
   ii. WESTERNBANK PUERTO RICO, PO BOX 1450, MAYAGUEZ, PR 00681-1450

3. Recuerde poner en cada acuse de recibo, que será devuelto, el nombre de nuestro cliente.

4. Entrar en seguimiento (35) dias. "Vence objeción de cliente v WESTRNBANK."

AUG 16 2010

2-0984

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE BAYAMON

| | | |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO | / | CIVIL NUM. DCD2009-0626 |
| Parte Demandante | / | |
| Vs. | / | |
| VIRR DEVELOPMENT, S. E.; VICTOR ROFFE ATTIAS, CAROLINE PIKET HOFFMAN; ISAAC ROFEE ATTIAS, CLAUDIA MURCIANO MIRABAL | / / / | SOBRE: COBRO DE DINERO EJECUCION DE HIPOTECA POR LA VIA ORDINARIA |
| Parte Demandada | / | |

## NOTIFICACION DE EDICTO DE SUBASTA

A: **LCDA. LIZA M. RAMOS SANTOS**

165 Avenida Ponce De León Oficina 102, San Juan Puerto Rico 00917-1233

El Banco Popular de Puerto Rico, ha instado procedimiento de ejecución de hipoteca por la vía ordinaria en el caso de epígrafe del inmueble que se describe en el Edicto de Subasta expedido el 3 de agosto de 2010, copia del cual se acompaña.

En Mayagüez, Puerto Rico, a 9 de agosto de 2010.

LCDA. MARIA DEL PILAR VÁZQUEZ MUÑIZ
Abogada de la Parte Demandante
Tribunal Supremo 15,433
Colegiada número 16,686
Postal: PO Box 1450
Mayagüez, Puerto Rico 00681
Tel (787) 834-8000 Ext. 3012
Fax (787) 805-8185

D

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE BAYAMÓN

| | | |
|---|---|---|
| WESTERNBANK PUERTO RICO | / | CIVIL NUM. DCD2009-0626 |
| Parte Demandante | / | |
| Vs. | / | |
| VIRR DEVELOPMENT, S. E.; VICTOR ROFFE ATTIAS, CAROLINE PIKET HOFFMAN; ISAAC ROFEE ATTIAS, CLAUDIA MURCIANO MIRABAL | / | SOBRE: COBRO DE DINERO EJECUCIÓN DE HIPOTECA POR LA VÍA ORDINARIA |
| Parte Demandada | | |

### EDICTO DE SUBASTA

El Suscribiente, Alguacil del Tribunal de Primera Instancia, Sala Superior de Bayamón, notifico:

A) Al Público en general; B) A los demandados; y, C) A las personas que tienen anotados y/o inscripción, derechos y gravámenes posteriores a las hipotecas que por la presente notificamos su ejecución.

En cumplimiento de la Sentencia dictada en el caso de epígrafe, procederé a vender en mis oficinas localizadas en el Tribunal de Primera Instancia Sala de Bayamón en la Carretera #2 Km 10.4 Esquina Esteban Padilla lado Santa Rosa Mall, Bayamón, Puerto Rico, al mejor postor, en pública subasta, en moneda del curso legal de los Estados Unidos de América, o mediante cheque de gerente o letra bancaria con similar garantía, todo título o interés que tengan, hayan tenido y/o pudieran tener el demandado Virr Development, S.E. sobre el inmueble que se describe más adelante.

La venta se llevará a cabo para satisfacer, hasta donde alcance, a la parte demandante, las siguientes cantidades adeudadas conforme a la sentencia dictada en el caso de epígrafe, a saber:

Por concepto del préstamo 7470020270:

(i) $243,594.65 de principal más intereses fluctuantes sobre la misma a razón de la tasa de interés resultante al añadir cinco puntos (5) porcentuales a la tasa de interés preferencial ("prime rate") según establecido de cuando en cuando por el Citibank N.A en la ciudad de Nueva York desde el día 6 de octubre de 2008 hasta su pago total;

(ii) $698.04 por recargos acumulados hasta el 4 de febrero de 2009 más lo que se acumule en lo sucesivo a razón de $77.56 mensual;

(iii) $25,130.80 pactado para costas, gastos y honorarios de abogado;

(iv) $243.77 por concepto de sobregiro en la cuenta de reserva para el pago de contribuciones territoriales y/o seguros, más lo que se acumule en lo sucesivo hasta su pago total.

El acreedor ejecutante podrá concurrir como postor a cualquiera de las subastas. Si obtuviese la buena pro en el remate se abonará, total o parcialmente, el precio ofrecido por el acreedor ejecutante al importe de su crédito por sentencia.

Se entenderá que todo licitador acepta como bastante la titulación y que las cargas y gravámenes preferentes a la hipoteca objeto de ejecución continuarán subsistentes, entendiéndose que el rematante las acepta y queda subrogado en la responsabilidad de las mismas sin destinarse a su extinsión el precio del remate.

Venderé en pública subasta para la ejecución de la hipoteca constituida para garantizar el pagaré hipotecario librado por Virr Developments S. E., el día 6 de julio de 2006, ante el Notario Juan C. Ortega Torres, y pagadero a la orden del Westernbank Puerto Rico, por la suma principal de $251,308.00 y garantizado con hipoteca constituida mediante la escritura número -499- de igual fecha y ante el mismo Notario, mediante la venta en pública subasta del inmueble hipotecado que se describe como sigue:

---URBANA: Solar número 21 del bloque C según aparece del plano de notificación de Extensión Forest Hills radicado en el barrio Cerro Gordo de la municipalidad de Bayamón, Puerto Rico, que comprende un área de 335.21 metros cuadrados. En lindes por el NOROESTE, con la calle marginal en 20.00 metros; por el SURESTE con el solar número 460 en 19.64 metros; por el

2

NORESTE con la calle Valparaíso en 17.00 metros; y por el SUROESTE con solar número 22 en 16.81 metros. Enclava una casa.———————————

— Finca número 15,444, inscrita al folio 67 del tomo 1434 de Bayamón Sur.—

La primera subasta se llevará a cabo el día _1_ de _D.C._ de 2010 a las _11:15_ de la _A/M_, y el precio mínimo de la misma será la suma de $251,308.00.

En el caso de que el inmueble a ser subastado no fuera adjudicado en la primera subasta, se celebrará una segunda subasta el día _8_ de _D.C._ de 2010 a las _3:15_ de la _P/M_, y el precio mínimo para esta segunda subasta será el de dos terceras partes del precio mínimo establecido para la primera subasta.

Si tampoco hubiere remate ni adjudicación en la segunda subasta, se celebrará una tercera subasta el día _15_ de _D.C._ de 2010 a las _3:15_ de la _P/M_, y el tipo mínimo para esta tercera subasta será la mitad del precio establecido para la primera subasta.

Si se declarase desierta la tercera subasta, se dará por terminado el procedimiento, pudiéndose adjudicarse los inmuebles al acreedor hipotecario dentro de los diez días siguientes a la fecha de la última subasta, si así lo estimase conveniente, por la totalidad de la cantidad adeudada conforme a la sentencia, si ésta fuera igual o menor que el monto del tipo de la tercera subasta y abonándose dicho monto a la cantidad adeudada si ésta fuere mayor.

El presente edicto se publicará por espacio de dos (2) semanas mediante avisos por escrito visiblemente colocados en tres sitios públicos del municipio de Bayamón, en el que ha de celebrarse la venta, tales como la alcaldía, el tribunal y la colecturía. Se publicará además el presente edicto en la colecturía del lugar de residencia del demandado, y publicado en un diario de circulación general en Puerto Rico, por espacio de dos (2) semanas y por lo menos una vez por semana con un intervalo de por lo menos siete (7) días entre ambas publicaciones. Además en aquellos casos en que el demandado contra quien se ejecuta la sentencia haya comparecido al pleito, el promovente de la ejecución deberá notificar a dicho demandado vía correo certificado con acuse de recibo. En los casos en que el

3

demandado no haya comparecido, la notificación será vía correo certificado con acuse de recibo a la última dirección conocida.

Se les notifica que los autos y todos los documentos de este caso están de manifiesto en la Secretaría del Tribunal de Primera Instancia, Sala Superior de Bayamón, durante las horas laborables.

EN TESTIMONIO DE LO CUAL, firmo el presente edicto en Bayamón, Puerto Rico, a 3 agosto 2010

JOSÉ ANGEL VELAZQUEZ ORTIZ
ALGUACIL, TRIBUNAL DE PRIMERA INSTANCIA