IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: 09-09634 BKT |
|---|---|
| **VICTOR ROFFE ATTIAS**<br>**CAROLINE J. PIKET HOFFMAN**<br>*Debtors* | CHAPTER: 13 |

**MOTION REQUESTING RECONSIDERATION OF ORDER DATED NOVEMBER 16, 2010 AND IN RESPONSE TO DEBTOR'S OBJECTION TO CLAIM #07 OF POPULAR AUTO**

**TO THE HONORABLE COURT:**

COMES NOW**, POPULAR AUTO**, by the undersigned attorney, and very respectfully alleges and prays:

1. On September 7, 2010 debtor filed a motion requesting that Popular Auto's secured claim be disallowed since debtor surrendered the vehicle to the appearing creditor.

2. On September 17, 2010 Popular Auto amended the proof of claim to unsecured with a deficiency balance of $6,184.91. Please refer to proof of claim no. 7-2.

3. Therefore, we understood that debtor's objection to Popular Auto's proof of claim was moot.

**WHEREFORE**, it is respectfully requested that the ordered entered on November 16, 2010 be reconsidered and that debtor's objection to Popular Auto's proof of claim be denied as moot.

**I HEREBY CERTIFY** that on November 17, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification if such filing to the following: *the Trustee* **JOSE R. CARRION MORALES** and to the debtors' attorney, **JOSE L. JIMENEZ QUINONES**. I hereby certify that I have mailed by United States Postal Service a copy of this motion to the following non CM/ECF participants NONE.

s/VERONICA DURAN CASTILLO
USDC- PR 224413
Attorney for Popular Auto
Consumer Bankruptcy Department
PO Box 366818
San Juan, Puerto Rico 00936-6818
Tel. (787) 753-7849; Fax. (787) 751-7827
Email: vduran@bppr.com