# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br>**VICTOR ROFFE ATTIAS** <br>**CAROLINE JULIE PIKET HOFFMAN** <br><br>DEBTOR(S) | **CASE NO. 09-09634 (BKT)** <br><br>**CHAPTER 13** |

## MOTION TO FILE THE PRE-CONFIRMATION
## AMENDED CHAPTER 13 PLAN DATED FEBRUARY 8, 2011

**TO THE HONORABLE COURT:**

**COME(S) NOW** Debtor(s), represented by the undersigned attorney and respectfully represent(s) and as follows:

1. The pre-confirmation amended **Chapter 13 Plan dated February 08, 2011** is being filed herewith. The amended plan provides *for sale of debtors' residential property as an additional means to fund the plan, and increases the base to $200,000.00 to meet the liquidation value of the case. The increase in the base will come from the sale of the property within 12 months from the confirmation of the plan.*

2. Although the previous plan proposed a lump sum payment of $71,100 in month 18 into the payment plan schedule, that amount is not sufficient to comply with the liquidation value determined at $245,246.00.

3. Debtor's financial distress resulting from loss of income and dependence on family help shortly after the filing of this petition have not allowed them to obtain refinancing of their residential property as of present. Therefore, after due consideration of slim the possible alternatives for reorganization, petitioners have come to realize that the sale of their residence as part of their plan is the most feasible manner to achieve their goal.

      4. The petitioning husband has informed the undersigned that his corporation "El Telar Franchise, Inc." --presently under a confirmed Chapter 11 plan (Case No. 09-07554, consolidated with Case No. 09-075530-- is now in position to reinstate him with half the gross salary he was previously paid, or $500 per week (approximately $2,166.66 per month). Family help, however, will still be needed in order for petitioners' to cover their reasonable family expenses. Amended budget schedules will be prepared and filed with the Court to reflect this soon-to-de change in debtor's circumstances.

      5. Petitioners respectfully submit to this Honorable Court that additional time is required for the sale of their residence to maximize the possibility of proceeds from the sale. The same would apply for the possibility of refinancing or other form of funding for the plan. Hence they request that the time period for sale or refinance under the plan be extended to "within 12 months from confirmation."

      6. As of present, the amended plan filed herewith pays 100% + 6% present value of all allowed, non-subordinated, unsecured claims.

      7. The amended pre-confirmation plan dated February 8, 2011 is filed in good faith.

   **WHEREFORE**, the undersigned Counsel for the herein Debtor(s) respectfully informs this Honorable Court, all creditors and parties in interest, the filing of the aforementioned plan, and that in absence of any timely objection to the same, that an order confirming the plan be entered.

   RESPECTFULLY SUBMITTED.

### Twenty-Eight-Days Notice To Parties In Interest

   Within **twenty eight (28) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to the aforementioned **Amended Plan** with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is

forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *Fed. R. Bankr. P. 2002 (b) and LBR 9013-1.*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, by information and believe, will send notification to all CM/ECF participants in this case. Furthermore, I hereby certify that all non CM/ECF participants will be served with an exact copy of this document by regular U.S. mail, postage prepaid, sent to their addresses of record as these appear in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, February 8, 2011.

<u>**s/JOSE L. JIMENEZ QUINONES**</u>
JOSE L. JIMENEZ QUINONES
USDC-PR 203808
THE HATO REY CENTER, STE. 1118
268 AVE. PONCE DE LEON
SAN JUAN, PR 00918
TEL.(787) 282-9009
Mobile (787) 691-3458
FAX 1-866-326-9416
jljimenez11@gmail.com

Attorney for:
Victor Roffe Attias and
Caroline Julie Piket Hoffman

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                Case No. **09-09634-13**

**ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE**       Chapter **13**
                                  Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **2/08/2011**
    ☐ PRE ☑ POST-CONFIRMATION               Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                    TOTAL: $ **18,000.00**

Additional Payments:
$ **200,000.00** to be paid as a LUMP SUM within **32 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**Proceeds of sale or refinancing of debtors' residential property within 12 months from confirmation**
☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

      PROPOSED BASE: $ **218,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: **/s/ VICTOR ROFFE ATTIAS**
          Debtor

**/s/ CAROLINE JULIE PIKET HOFFMAN**
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**     Cr. _____     Cr. _____
# **8307216**           # _____        # _____
$ **435.00**           $ _____        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**      Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ROFFE ATTIAS, VICTOR & PIKET HOFFMAN, CAROLINE JULIE          Case No. 09-09634-13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

1. **DEBTORS ASSUME THE FOLLOWING:**

   A. UNEXPIRED LEASE WITH POPULAR AUTO OF THE 2004 HONDA ODYSSEY IS HEREBY ASSUMED BY DEBTOR. DEBTORS WILL MAINTAIN REGULAR DIRECT PAYMENTS ON THE LEASE. (POC 6-1). DEBTORS RESERVE THE RIGHT TO OBJECT THE ARREARS CLAIMED UPON FINDING OF EVIDENCE TO THE CONTRARY.

2. **DEBTORS REJECT THE FOLOWING LEASES:**

   A. 2004 HONDA PILOT UNEXPIRED LEASE WITH POPUAL AUTO, VOLUNATRILY RETURNED TO POPULAR AUTO IN APRIL 2010. (POC 7-2).

   B. UNEXPIRED LEASE WITH POPULAR AUTO, 2005 TOYOTA ECHO, WAS PAID IN-FULL WITH PROCEEDS OF INSURANCE STEMMING FROM TOTAL LOSS OCCURED IN MARCH 2010. (POC 9-1). CLAIM WITHDRAWN, DKT. #63.

   C. UNEXPIRED LEASE WITH POPULAR AUTO, 2006 SUBARU TYRIBECA, EXTINGUISHED UPON PAYMENT IN-FULL BY INSURANCE AS THE RESULT OF TOTAL LOSS DUE TO AN ACCIDENT. TOTAL LOSS IN MARCH 2010. PAID IN-FULL DIRECTLY TO CREDITOR BY INSURANCE CO. (POC 8-1). CLAIM WITHDRAWN, DKT. #62.

3. UNITED SURETY & INDEMNITY CO. : JUDGMENT ISSUED ON 13/OCT/2009 BY THE SAN JUAN COURT OF FIRST INSTANCE, CASE NO. K1CD2007-1737 (603). DEBTORS RESERVE THE RIGHT TO OBJECT ANR PORTION OF THIS CLAIM PAID IN THE CASE OF "EL TELAR FRANCHISE, CORP." CHAPTER 11 CASE NO. 09-07554, CONSOLIDATED UNDER CHAPTER 11 CASE NO. 09-07553. (POC 2-1).

4. BPPR (POC 3-1) - COLLECTION OF MONEY ON LINE OF CREDIT OF MAXXIMA UNIFORMS, INC., WITH PERSONAL GUARANTEE OF PETITIONING DEBTOR AND SPOUSE. ONLY $40,000 OF THE CLAIMED AMOUNT WILL BE PAID THROUGH THIS PLAN AS PER JOINT STIPULATION FOR PARTIAL SUBORDINATION OF CLAIM DUE TO TREATMENT UNDER THE CASE OF "EL TELAR FRANCHISE, CORP.", CHAPTER 11 CASE NO. 09-07553, DKT. #64.

5. WESTERN BANK: COLLECTION OF MONEY AND FORECLOSURE OF MORTGAGE ACTION, CASE NO. DCD2009-0626 (505), TRIBUNAL OF FIRST INSTANCE OF PR, BAYAMON ROOM. OBLIGATION OF VIRR DEVELOPMENT, S.E., WITH THE PERSONAL GUARANTEE OF DEBTOR. WESTERN BANK HAS A COMMERCIAL REAL PROPERTY AS COLLATERAL, PROPERTY OF VIRR DEVELOPMENT, S.E., THIS CLAIM IS SUBORDINATED TO WESTERNBAK'S RECOVERY FROM VIRR DEVELOPMENT, S.E. THE CASE IS PENDING (POC 13-1), AS PER JOINT STIPULATION, DKT. #64.

6. ANY INCOME TAX REFUNDS TO BE RECEIVED DURING THE LIFE OF THE PLAN WILL BE DEVOTED TO THE PLAN IN ADDITION TO THE BASE TOTAL, INCREASING THE BASE ACCORDINGLY, WITHOUT THE NEED TO FURTHER AMEND THE PLAN. DEBTORS SHALL NOT USE THOSE REFUNDS WITHOUT PREVIOUS AUTHORIZATION OF THE COURT.

7. NO OUTSTANDING RULE 2016 ATTORNEY'S FEES.

-------------------------------

**TWENTY-EIGHT (28) DAYS NOTICE TO PARTIES IN INTEREST:**

   WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THE FOREGOING PLAN WITH THE CLERK'S OFFICE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (I) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (II) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (III) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. FED. R. BANKR. P. 2002 (B) AND LBR 9013-1.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 09-09634-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Feb  8 14:23:40 AST 2011 | BANCO POPULAR PR<br>MIGDALIA EFFIE GUASP ESQ<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BPP RETAIL PROPERTIES LLC<br>PO BOX 19328<br>SAN JUAN, PR 00910-1328 |
| DORAL BANK (VTQ)<br>MARTINEZ & TORRES LAW OFFICES  P S C<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO 63195-3185 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | UNITED SURETY & INDEMNITY COMPANY<br>Saldana & Saldana-Egozcue, PSC<br>208 Ponce De Leon Ave.<br>Suite 1420<br>San Juan, PR 00918-1019 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PR<br>P.O. BOX 362708<br>SAN JUAN, PR  00936-2708 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 |
| BPP PROPERTIES<br>CENTRO COMERCIAL LOS JARDINES<br>GUAYNABO, PR  00969 | BPP RETAIL PROPERTIES LLC<br>c/o Fernando J. Gierbolini<br>P.O. 19328<br>San Juan, PR<br>00910-1328 | BPPR<br>BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR  00936-8308 | FIDDLER GONZALEZ & RODRIGUEZ, PSC<br>PO BOX 363507<br>SAN JUAN, PR  00936-3507 |
| GUAYNABO PR COMMERCIAL<br>PROPERTIES DEVELOPMENT CORP.<br>5630 BANKERS AVE<br>BATTON ROUGE, LA 70808-2609 | GUAYNABO PR COMMERCIAL PROPERTIES<br>DEVELOPMENT CORP<br>RAMON L RAMOS APONTE ESQ<br>DORAL BANK STE 805 33<br>RESOLUTION ST<br>SAN JUAN PR00920 2717 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 | LCDA. MARIA DEL PILAR VAZQUEZ MUNIZ<br>PO BOX 1450<br>MAYAGUEZ, PR 00681-1450 | LCDO. FERNANDO J. GIERBOLINI<br>GIERBOLINI LAW OFFICE<br>PO BOX 190998<br>SAN JUAN, PR  00919-0998 |
| LCDO. VIRGILIO J. MACHADO AVILES<br>PMB 530, 138 WISNTON CHURCHILL<br>SAN JUAN, PR  00926-6023 | POPULAR AUTO<br>PO BOX 363228<br>SAN JUAN, PR  00936-3228 | POPULAR AUTO (POPULAR LEASING)<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 |
| POPULAR LEASING<br>PO BOX 366818<br>SAN JUAN, PR  00936-6818 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>P.O. BOX 9024140<br>SAN JUAN, PR  00902-4140 | USIC<br>UNITED SURETY AND INDEMNITY CORPORATION<br>PO BOX 2111<br>SAN JUAN, PR  00922-2111 |

| | | |
|---|---|---|
| United Surety & Indemnity Company<br>Saldana & Saldana-Egozcue, PSC<br>208 Ponce De Leon Ave., Suite 1420<br>San Juan, PR 00918-1019 | WESTERNBANK PUERTO RICO<br>PO BOX 1450<br>MAYAGUEZ, PR 00681-1450 | CAROLINE JULIE PIKET HOFFMAN<br>200 BLVD DE LA FUENTE 44<br>SAN JUAN, PR 00926-5968 |
| JOSE L JIMENEZ QUINONES<br>JIMENEZ QUINONES LAW OFFICE, PSC<br>268 AVE. PONCE DE LEON<br>SUITE 1118<br>SAN JUAN, PR 00918-2007 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |
| VICTOR ROFFE ATTIAS<br>200 BLVD DE LA FUENTE APT 44<br>SAN JUAN, PR 00926-5968 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)DORAL BANK (VTQ)<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO BOX 192938<br>SAN JUAN PR 00919-3409 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                  37 |