IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of: | Case No. 09-09634 BKT |
| VICTOR ROFFE ATTIAS<br>CAROLINE J. PIKET HOFFMAN<br>Debtors | Chapter 13 |

MOTION FOR WITHDRAWAL OF PROOF OF CLAIM

TO THE HONORABLE COURT:

COMES NOW creditor POPULAR AUTO, and very respectfully informs that it is withdrawing from the Claims Register its claim No. 6 filed on January 8, 2010 since the debt was cancelled by the debtor.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: JOSE L. JIMENEZ, ESQ., Attorney for debtor and to JOSE R. CARRION MORALES, Chapter 13 Trustee.

Respectfully submitted in San Juan, Puerto Rico, this 22nd day of February, 2011.

/s/VERONICA DURAN CASTILLO
USDC- PR 224413
Attorney for Popular Auto
Consumer Bankruptcy Department
PO Box 366818
San Juan, Puerto Rico 00936-6818
Tel. (787) 753-7849, Fax. (787) 751-7827
Email: vduran@bppr.com